Michael C. Fallon, SBN 088313
Attorney at Law
100 E Street, Suite 219
Santa Rosa, California 95404
Telephone: (707) 546-6770
email: mcfallon@fallonlaw.net

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re

Edward Walera
Lisa Walera

    Debtors.
_____/

Case No. 09-12873

CHAPTER 11

Date: October 23, 2009
Time: 10:00 a.m.
Ctrm: 99 South E Street, Santa Rosa

MOTION TO DETERMINE VALUE OF CLAIM
SECURED BY LIEN ON PROPERTY AND FOR
ORDER AVOIDING LIEN
(Citibank NA - Second Deed of Trust)

    The debtors hereby move pursuant to FRBP Rule 3012 and 11 USC § 506 for an order determining the extent of the value of the secured claim of Citibank NA or assignor (hereinafter "Citi"), and for an order pursuant to 11 USC § 1123 avoiding the lien held by Citi. The motion respectfully represents:

**Relief Requested**

A determination that the claim of Citi is disallowed as a
secured claim, and for an order avoiding the Citi lien.

**The Motion**

    1.    The debtors are the owners of a single family dwelling, their residential property, described as 1735 Center Road, CA (APN 140-171-98). The debtors are informed and believe, based upon sales of comparable properties in their neighborhood, the fair market value of the property is $800,000.

    2.    On or about September of 2005, for valuable consideration, the debtors made,

1

executed, and delivered a promissory note to Aurora Loan Services. As part of the same transaction the debtors executed a deed of trust that conveyed a beneficial interest in the Center Road property to Aurora Loan Services to secure payment of the note that was duly perfected with the recording of a deed of trust (the First Deed of Trust). The debtors are informed and believe that on the day the petition was filed the obligation to Aurora Loan Services had a principal balance of $894,287.

3. On or about November of 2005 for valuable consideration the debtors made, executed, and delivered a promissory note to Citi. As part of the same transaction, the debtors executed a deed of trust that conveyed a beneficial interest in the Center Road property to Citi to secure payment of the note that was duly perfected on November 23, 2005, with the recording of a deed of trust, document number 2005-0089387 (the Second Deed of trust). The debtors are informed and believe that on the day the petition was filed the obligation to Citi had a principal balance of $137,924.45.

4. There is a lack of equity in the Center Road property in that the balance due to Aurora Loan Services (the First Deed of Trust) exceeds the value of the Center Road property, and therefore the court should find the Citi claim (the Second Deed of Trust) to be unsecured and its lien avoidable upon completion of the debtors' Chapter 11 Plan.

WHEREFORE, the debtors pray the court disallow the claim of Citi. (the Second Deed of Trust) as a secured claim, and for an order avoiding the lien upon completion of their Chapter 11 Plan and the entry of the Chapter 11 discharge.

Dated: September 22, 2009         /s/ *Michael C. Fallon*
                                  _____
                                  Michael C. Fallon
                                  Attorney for Debtors