1 Michael C. Fallon, SBN 088313
Attorney at Law
2 100 E Street, Suite 219
Santa Rosa, California 95404
3 Telephone: (707) 546-6770
email: mcfallon@fallonlaw.net
4
Attorney for Debtors
5

6

7

8 UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
9

10 In Re                                            Case No. 09-12873

11 Edward Walera                                    CHAPTER 11
Lisa Walera
12
             Debtors.
13 _____/

14 ORDER RE
MOTION TO DETERMINE VALUE OF CLAIM
15 SECURED BY LIEN ON PROPERTY AND FOR
ORDER AVOIDING LIEN
16 (Circle Bank - Second Deed of Trust)

17 The matter of the debtors' motion pursuant to FRBP Rule 3012 and 11 USC § 506 for an

18 order determining the extent of the value of the secured claim of Circle Bank and for an order

19 pursuant to 11 USC § 1123 avoiding the lien held by Circle Bank came on for hearing before the

20 undersigned Judge on October 23, 2009. The debtors appeared through their counsel, Michael

21 Fallon. There having been no opposition to the motion, good cause appearing,

22      IT IS HEREBY ORDERED

23      1.   The motion is granted,

24      2.   The claim of Circle Bank is disallowed as a secured claim,

25 //

26 //

27 //

28 //

1

1   3.   The deed of trust held by Circle Bank, recorded with the Sonoma County
2   Recorder's Office on March 2, 2006, as document number 2006-0025124, shall be avoided upon
3   entry of the Chapter 11 discharge.

5   Dated: October 23, 2009

_____
Alan Jaroslovsky
U.S. Bankruptcy Judge

2
Case: 09-12873    Doc# 25    Filed: 10/23/09    Entered: 10/23/09 16:48:16    Page 2 of 2