1 Michael C. Fallon, SBN 088313
Attorney at Law
2 100 E Street, Suite 219
Santa Rosa, California 95404
3 Telephone: (707) 546-6770
email: mcfallon@fallonlaw.net

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re                                             Case No. 09-12873

Edward Walera                                     CHAPTER 11
Lisa Walera

    Debtors.
_____/

ORDER RE
MOTION TO DETERMINE VALUE OF CLAIM
SECURED BY LIEN ON PROPERTY AND FOR
ORDER AVOIDING LIEN
(Citibank NA - Second of Trust)

The matter of the debtors' motion pursuant to FRBP Rule 3012 and 11 USC § 506 for an order determining the extent of the value of the secured claim of Citibank NA and for an order pursuant to 11 USC § 1123 avoiding the lien held by Citibank NA came on for hearing before the undersigned Judge on October 23, 2009. The debtors appeared through their counsel, Michael Fallon. There having been no opposition to the motion, good cause appearing,

IT IS HEREBY ORDERED

1. The motion is granted,

2. The claim of Citibank NA is disallowed as a secured claim,

//
//
//
//

1

3. The deed of trust held by Citibank NA, recorded with the Sonoma County Recorder's Office on November 23, 2005, as document number 2005-0089387, shall be avoided upon entry of the Chapter 11 discharge.

Dated: October 23, 2009

_____
Alan Jaroslovsky
U.S. Bankruptcy Judge