Michael C. Fallon, SBN 088313
Attorney at Law
100 E Street, Suite 219
Santa Rosa, California 95404
Telephone: (707) 546-6770
email: mcfallon@fallonlaw.net

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re                                              Case No. 09-12873

Edward Walera                                      Chapter 11
Lisa Walera

      Debtor.
_____/

**ORDER APPROVING DISCLOSURE STATEMENT**

The matter of the approval of the Debtors' Disclosure Statement came on for hearing before the undersigned Judge on December 11, 2009. Appearances of the parties were stated in the record. The court having determined the Disclosure Statement contains "adequate information" as that term is defined at 11 U.S.C. §1125, good cause appearing,

IT IS ORDERED as follows:

1. The Disclosure Statement submitted by the Debtor dated October 26, 2009, is hereby approved;

2. The Debtor may now solicit acceptances or rejections of the Debtor's Plan of Reorganization;

3. Acceptances or rejections of the Plan must be sent to the Debtor's attorney, Michael C. Fallon, 100 "E " Street, Suite 219, Santa Rosa, California, on or before January 22, 2010;

1

4  Any objections to confirmation of the Plan must be filed and served upon the Debtor's attorney on or before January 22, 2010;

5.  A hearing to consider confirmation of the Plan and such objections as may be made thereto will be held at 9:00 A.M. on Friday, January 29, 2010, in the courtroom of the Honorable Alan Jaroslovsky, Bankruptcy Judge, 99 South E Street, Santa Rosa, California.

Dated:  December 11, 2009

_____
Alan Jaroslovsky
U.S. Bankruptcy Judge