IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re

Case No.: 09-12873
Chapter: 11

**Edward J Walera and Lisa A Walera,**

> **FILED**
> March 23, 2010
> U.S. Bankruptcy Court
> Santa Rosa, Division

**Debtor(s).** /

## ORDER TO FILE PETITIONS FOR COMPENSATION

Pursuant to Rule 2002 (f)(7) the clerk is required to give notice to the debtor, the trustee, all creditors and indenture trustees of the entry of an order confirming the Chapter 11 Plan.

In the interest of economy it is the practice of this court to notice the confirmation of the Chapter 11 Plan of Reorganization along with all applications for compensation on a single notice to creditors.

The order confirming the Chapter 11 Plan of Reorganization was entered in the above named proceeding on February 1, 2010. In light of the above and for good cause appearing therefore:

IT IS HEREBY ORDERED that all parties requesting compensation in any manner from the above entitled estate file their petitions with this court on or before April 14, 2010.

Dated: March 23, 2010

Alan Jaroslovsky
U. S. Bankruptcy Judge