Michael C. Fallon, SBN 088313
Attorney at Law
100 E Street, Suite 219
Santa Rosa, California 95404
Telephone: (707) 546-6770
Facsimile: (707) 546-5775

Attorney for Debtors

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In Re:                                                    Case No. 09-12873

Edward Walera                                      Chapter 11
Lisa Walera

     Debtors.
_____/

### DEBTORS' EX PARTE APPLICATION FOR
### ENTRY OF A FINAL DECREE

### DECLARATION OF EDWARD WALERA

### FINAL DECREE

The Debtors hereby submit their Ex Parte Application for entry of a Final Decree.

1. On February 1, 2010, an order was entered confirming the Plan of Reorganization

proposed by the Debtors and directing the execution of the Plan.

2. The Plan has been substantially consummated in that the Debtors have commenced

their Chapter 11 Plan payments.

3. The Debtors are in substantial compliance with the requirements of the plan

4. This case is in a position to be closed with the entry of a Final Decree.

WHEREFORE, the Debtors pray the court enter its Final Decree and close this case,

and further pray that the court waive the filing fee when the Debtors move to reopen the case

for the entry of the Chapter 11 Discharge.

Dated: June 22, 2010

/s/ Michael C. Fallon

_____
Michael C. Fallon
Attorney for Debtors

## DECLARATION OF EDWARD WALERA

I, Edward Walera, declare that:

1. On February 1, 2010, this court entered its order confirming the Plan of Reorganization proposed by myself and my wife and directing the execution of the Plan.

2. The Plan has been substantially consummated in that we have commenced the Chapter 11 Plan payments.

3. We are in substantial compliance with the requirements of the plan.

4. This case is in a position to be closed with the entry of a Final Decree.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed by me on June 23, 2010.

> */s/ Edward Walera*
> _____
> Edward Walera

## FINAL DECREE

The Court having considered the Debtors' Ex-Parte Application for Entry of Final Decree and the declaration of Edward Walera in support of the application, good cause appearing,

IT IS HEREBY ORDERED that the estate herein and the above-captioned case is hereby closed.

IT IS FURTHER ORDERED that the filing fee required on the Debtors' Motion to Reopen for the entry of the Chapter 11 Discharge is waived.

Dated: June 30, 2010

> _____
> Alan Jaroslovsky
> U.S. Bankruptcy Judge